IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| L&L CANDLE COMPANY LLC, SOTERA TSCHETTER, INC.,<br>　　　*Plaintiffs,*<br><br>v.<br><br>SCOTT BROTHERS ENTERTAINMENT, INC., NAPASTYLE, INC., VERAFLAME INTERNATIONAL, INC., NINGBO MASCUBE IMPORT EXPORT COMPANY, SHENZHEN GOLDENWELL SMART TECHNOLOGY CO., LTD., SHENZHEN KSPERWAY TECHNOLOGY CO., LTD., NINGBO SHANHUANG ELECTRIC APPLIANCE CO., YIWU SHENGDA ART CO., LTD., SHENZHEN TONGFANG OPTOELECTRONIC TECHNOLOGY CO., LTD., TFL CANDLES, GUANGDONG TONGFANG LIGHTING CO., LTD., TONGFANG OPTOELECTRIC COMPANY, VIRTUAL CANDLES LIMITED,<br>　　　*Defendants.* | Case No. 6-20-cv-00293-ADA |

## REFERRAL ORDER TO MAGISTRATE JUDGE GILLILAND

It is hereby **ORDERED** that this case is referred to United States Magistrate Judge Derek T. Gilliland for disposition of all non-dispositive pretrial matters as provided in 28 U.S.C. § 636(b)(1)(A) and for findings and recommendations on all case-dispositive motions as provided in 28 U.S.C. § 636(b)(1)(B).

**SIGNED** this 29th day of April, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE